STATE v. MINNESOTA & NORTH WISCONSIN RAILWAY COMPANY.[2]

July 19, 1907.

Nos. 15,139—(15).

Action in the district court for Ramsey county to recover $3,557.91, the unpaid balance of a sum equal to four per cent. on the gross earnings of defendant's railroad for the year 1905. Plaintiff demurred to the answer, and from the order, Hallam, J., sustaining the demurrer, defendant appealed. Affirmed.

*George C. Ripley*, for appellant.

*Edward T. Young*, Attorney General, and *Royal A. Stone*, Assistant Attorney General, for the state.

[1] Reported in 112 N. W. 1141.        [2] Reported in 112 N. W. 899.
[3] April, 1907, term.

PER CURIAM.

Action by the state to recover a balance of $3,557.91, claimed to be due from the defendant for taxes by virtue of the provisions of chapter 253, p. 375, Laws 1903. The defendant appealed from an order sustaining a general demurrer to its answer.

The identical question here involved was decided in the case of State v. Duluth & Northern Minnesota R. Co., supra, page 26, 112 N. W. 897. For the reasons stated in the opinion in that case, the order in this case must be, and is, affirmed.